# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| FRANCISCO JIMENEZ, | ) | |
|     Petitioner, | ) | Civil Action No. 7:19cv00667 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| M. BRECKON, | ) | By: Michael F. Urbanski |
|     Respondent. | ) | Chief United States District Judge |

By order entered October 7, 2019, the court conditionally filed Jimenez's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. In the conditional filing order, the court directed Jimenez to either pay the filing fee, sign and return a consent to fee form, or apply to proceed in forma pauperis. The court advised Jimenez that failure to comply with the court's order within fourteen days would result in the dismissal of the action without prejudice. Jimenez did not respond to the court's order.

Inasmuch as the time to respond has passed and Jimenez has failed to comply with the court's order, the court will dismiss this action without prejudice.

**ENTER**: This 30th day of October, 2019.

/s/ Michael F. Urbanski
Chief United States District Judge